

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-22-00029-CV

Style:                                    Eva Garcia v. Gustavo  Gallardo

Trial Court Case Number:     2020-55783

Trial Court:                         246th District Court of Harris County

Type of Motion:                  Objection to Mediation

Party Filing Motion:            Appellee

Appellee has objected to mediation.  The Court's mediation order dated February 15, 2022 is withdrawn.


Judge's signature: /s/ Julie Countiss_____
                              Acting individually

Date: March 3, 2022

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).